Payroll For James Groner

| Date | SS Gross Pay | SS Net Pay | Medicare Deduction |
|---|---|---|---|
| 1/1/2009 | $ 2,043.40 | $ 1,947.00 | 96.40 |
| 2/1/2009 | $ 2,043.40 | $ 1,947.00 | 96.40 |
| 3/1/2009 | $ 2,043.40 | $ 1,947.00 | 96.40 |
| 4/1/2009 | $ 2,043.40 | $ 1,947.00 | 96.40 |
| 5/1/2009 | $ 2,043.40 | $ 1,947.00 | 96.40 |
| 6/1/2009 | $ 2,043.40 | $ 1,947.00 | 96.40 |
| Totals | $ 12,260.40 | $ 11,682.00 | 578.40 |
| Average Weekly for 26 Weeks | $ 471.55 | $ 449.31 | 22.25 |
| Average Monthly | $ 2,043.40 | $ 1,947.00 | 96.40 |
| Year to Date | 12,260.40 | 11,682.00 | |


REC
12/11/08

# Your New Benefit Amount

815206

BENEFICIARY'S NAME: JAMES B GRONER

Your Social Security benefits will increase by 5.8 percent in 2009 because of a rise in the cost of living. You can use this letter when you need proof of your benefit amount to receive food stamps, rent subsidies, energy assistance, bank loans, or for other business.

## How Much Will I Get And When?

- Your new monthly amount (before deductions) is                                                  $2,043.40
- The amount we are deducting for Medicare medical insurance is                    $96.40
  (If you did not have Medicare as of Nov. 20, 2008,
  or if someone else pays your premium, we show $0.00.)
- The amount we are deducting for your Medicare prescription drug plan is      $0.00
  (If you did not elect withholding as of Nov. 1, 2008, we show $0.00.)
- The amount we are deducting for voluntary federal tax withholding is             $0.00
  (If you did not elect voluntary federal tax withholding as of
  Nov. 20, 2008, we show $0.00.)
- After taking any other deductions, we will deposit                                              $1,947.00
  into your bank account on Jan. 14, 2009.

If you disagree with any of these amounts, you must write to us within 60 days from the date you receive this letter. We would be happy to review the amounts.

## What If I Have Questions?

Visit our website at *www.socialsecurity.gov* for information and a variety of online services. You can also call **1-800-772-1213** and speak to a representative from 7 a.m. until 7 p.m. Monday through Friday. Recorded information and services are available 24 hours a day. Our lines are busiest early in the week and early in the month; it is best to call at other times. If you are deaf or hard of hearing, call our TTY number, **1-800-325-0778.** If you are outside the United States, you can contact any U.S. embassy or consulate office, or the Veterans Affairs Regional Office in Manila. Please have your Social Security claim number available when you call or visit and include it on any letter you send to Social Security. If you are inside the United States, and need assistance of any kind, you also can visit your local office.

807 CROSBY STREET
CHESTER PA

BNC#: 08B1552F91775

Over ➤

982518

12/11/08

SOCIAL SECURITY ADMINISTRATION
MID-ATLANTIC PROGRAM SERVICE CENTER
300 SPRING GARDEN ST
PHILADELPHIA PA 19123-2999

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

**Be sure to check out
our website:** *www.socialsecurity.gov*



PRESORTED
FIRST-CLASS MAIL
POSTAGE AND FEES PAID
SOCIAL SECURITY
ADMINISTRATION
PERMIT NO. G-11

JAMES B GRONER
4233 CHATHAM CIRCLE
ASTON PA 19014-3003